ABRAHAM I. WEISSMAN, Respondent, *v.* BARNET DAVIS et al., Copartners under the Firm Name of DAVIS BROS., Appellants.

*Negligence — motor vehicles — pedestrian struck by automobile while crossing street.*

*Weissman* v. *Davis*, 195 App. Div. 888, affirmed.

(Argued March 13, 1922; decided April 18, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 22, 1921, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.    The complaint alleged that on the 10th day of January, 1920, while plaintiff was crossing Third avenue, at or about the intersection thereof with Claremont Parkway, borough of The Bronx, city of New York, he was suddenly and without warning struck and run over by defendants' automobile truck and sustained the injuries complained of.

*Frederick Mellor* for appellants.

*Jacob Zelenko* and *Leon Sanders* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.